# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| RANDALL NEAL HARVEY, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:17-cv-4 |
| v. | * | |
| NANCY A. BERRYHILL, Acting Commissioner Social Security, | * | |
| Defendant. | * | |

## ORDER

The Court has conducted an independent and *de novo* review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 12. Plaintiff did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **AFFIRMS** the decision of the Commissioner, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 30th day of September, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA